UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TREVOR JOHNSON, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>QUANTUM LEARNING NETWORK, INC.,<br><br>       Defendant. | Case No. 15-CV-05013-LHK<br><br>**ORDER RE CASE SCHEDULE**<br><br>Re: Dkt. No. 35 |

On April 18, 2016, the parties informed the Court that they "have reached a settlement in principle" and anticipate filing a motion for preliminary approval of the class settlement within 30 days. ECF No. 35. In light of the settlement, the parties request that the Court vacate all deadlines and hearing dates related to the case. *See id.*

The Court will not vacate the case schedule until the motion for preliminary approval is filed. The Court ORDERS the parties to file a motion for preliminary approval by May 23, 2016. The Court also CONTINUES the case management conference set for May 5, 2016, at 1:30 p.m. to June 1, 2016, at 2:00 p.m. The parties shall file a joint case management statement by May 25, 2016. Should the parties fail to file the motion for preliminary approval, the parties should be prepared to set a case schedule at the June 1, 2016 case management conference.

1

Case No. 15-CV-05013-LHK
ORDER RE CASE SCHEDULE

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
LUCY H. KOH
United States District Judge