Bryan J. Schwartz, Esq.
Logan Starr, Esq.
BRYAN SCHWARTZ LAW
1330 Broadway, Suite 1630
Oakland, CA 94612
Tel: (510) 444-9300
Fax: (510) 444-9301
E-mail: bryan@bryanschwartzlaw.com
       logan@BryanSchwartzLaw.com
**Attorney for Plaintiffs TREVOR JOHNSON and SAMANTHA HARMON**

Thomas S. Ingrassia, Esq., Bar No. 149673
Jenna H. Leyton-Jones, Esq., Bar No. 254357
Shannon R. Finley, Esq., Bar No. 294329
**PETTIT KOHN INGRASSIA & LUTZ PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504
E-mail: tingrassia@pettitkohn.com
       jleyton@pettitkohn.com
       sfinley@pettitkohn.com

Attorneys for Defendant **QUANTUM LEARNING NETWORK, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TREVOR JOHNSON and SAMANTHA HARMON, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>               Plaintiffs,<br><br>v.<br><br>QUANTUM LEARNING NETWORK, INC., a corporation, doing business as SuperCamp and DOES 1-50,<br><br>               Defendants. | CASE NO.: 5:15-cv-05013-LHK<br><br>**JOINT ADMINISTRATIVE MOTION TO SEAL DOCUMENT IN SUPPORT OF <u>AMENDED</u> MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br><br>Courtroom: 8<br>District Judge: Hon. Lucy H. Koh<br>Complaint Filed: October 30, 2015<br>Trial Date: Not Set |

///

///

///

1212-2001

# I.

## INTRODUCTION/SUMMARY OF ARGUMENT

The parties make this joint administrative motion to seal documents in connection with Plaintiffs Trevor Johnson and Samantha Harmon's ("Plaintiffs") unopposed Amended Motion for Preliminary Approval of Class Action Settlement. In an order dated August 12, 2016, the Court requested a renewed motion for preliminary approval explaining, *inter alia,* why Defendant Quantum Learning Network, Inc. ("Defendant") has up to one year to make any payment into the Settlement fund. To support the amended motion, Defendant's President will submit a declaration explaining why the parties agreed to a one-year timeframe for the settlement payment. The parties request, however, that the Court permit this declaration to be filed under seal in order to protect the confidential information contained therein. Pursuant to Local Rules 7-11 and 79-5(d)(1), this motion is accompanied by a declaration, a proposed order, a redacted and unredacted version of the Declaration of Roberta DePorter sought to be sealed, and a stipulation under Local Rule 7-12.

# II.

## RELEVANT FACTUAL BACKGROUND

**A. Procedural History**

On May 23, 2016, Plaintiffs filed an unopposed Motion for Preliminary Approval of Class Action Settlement. (ECF 39.) A hearing regarding the motion was held on August 11, 2016. On August 12, 2016, the Court issued an order denying the Motion for Preliminary Approval of Class Action Settlement without prejudice. (ECF 43.) The Court requested the parties make certain clarifications, provide supplemental information, and ordered the Plaintiffs to file any renewed motion for preliminary approval by August 18, 2016. (*Id.*) Specifically, the Court stated that "any renewed motion for preliminary approval should explain why Defendant has up to one year to make any payment into the Settlement fund." (*Id.* at 6.)

**B. Documents Requested To Be Sealed and Timing**

Defendant will submit a supplemental declaration of Roberta DePorter, President of Defendant in support of Plaintiffs' Amended Motion for Preliminary Class Approval. This

1212-2001

1

JOINT ADMIN. NTC TO SEAL DOCS ISO MTN FOR PRELIMINARY APPROVAL
CASE NO. 5:15-cv-05013-LHK

supplemental declaration contains private, confidential, personal, and financial information regarding the entity Defendant as well as the individual owners of Defendant. Defendant requests, and the parties stipulate, that Roberta DePorter's declaration be filed under seal indefinitely. The total number of proposed sealed pages is two (2).

**C.   Manner in Which Documents Submitted to Court And Plaintiffs**

Defendant and Plaintiffs will submit the supplemental declaration of Roberta DePorter to the Honorable Lucy Koh via email to the Judge's proposed orders e-mail box. Defendant will serve Plaintiffs with these documents via email the same day that this motion is filed.

### III.

### LEGAL AUTHORITY

**A.   Legal Basis For Sealing Documents**

There are compelling reasons to seal Roberta DePorter's supplemental declaration in support of Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement.

Defendant is a privately-held company. Facts included in Roberta DePorter's supplemental declaration refer to confidential and sensitive financial information regarding the entity that has not been publicly disclosed. This includes information about the net income and financial health of the company. Plaintiffs and their counsel have reviewed confidential financial documents for Defendant as well as financial documents for its individual owners as to Defendant's financial condition and ability to pay a settlement in this matter under a protective order. The information also includes the specific assets and liabilities of Defendant, as well as the specific assets and liabilities of its owners, who are not named as defendants in this case. The personal financial information of these individual non-parties should be kept confidential.

Public access to the information may harm the ongoing business interests of Defendant. For example, competitors of Defendant may utilize the confidential financial information to gain an unfair advantage, and dissemination of the information could impact Defendant's ability to continue to provide programs for teens and young adults. Further, the assets and liabilities of the non-party individuals who own the Defendant entity are highly confidential and sensitive.

///

Accordingly, there are compelling reasons to seal these documents. (*Pintos v. Pacific Creditors Ass'n* (9th Cir. 2010) 605 F.3d 665, 667-678.)

**IV.**

**<u>CONCLUSION</u>**

For the foregoing reasons, the parties respectfully request that the Court seal the supplemental declaration of Roberta DePorter offered in support of Plaintiffs' Amended Motion for Preliminary Approval of Class Action Settlement.

**BRYAN SCHWARTZ LAW**

Dated: August 18, 2016     By:     s/Bryan J. Schwartz, Esq.
Bryan J. Schwartz, Esq.
Logan Starr, Esq.
Attorneys for Plaintiffs **TREVOR JOHNSON and SAMANTHA HARMON**
bryan@bryanschwartzlaw.com
logan@BryanSchwartzLaw.com

**PETTIT KOHN INGRASSIA & LUTZ PC**

Dated: August 18, 2016     By:     s/Jenna H. Leyton-Jones, Esq.
Thomas S. Ingrassia, Esq.
Jenna H. Leyton-Jones, Esq.
Shannon R. Finley, Esq.
Attorneys for Defendant **QUANTUM LEARNING NETWORK, INC.**
tingrassia@pettitkohn.com
jleyton@pettitkohn.com
sfinley@pettitkohn.com