UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TREVOR JOHNSON, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> QUANTUM LEARNING NETWORK, INC., <br><br> Defendant. | Case No.15-CV-05013-LHK <br><br> **JUDGMENT AND DISMISSAL** |

PURSUANT TO THE ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT ENTERED ON FEBRUARY 27, 2017, IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Amended Class Action Settlement Agreement and Stipulation ("Settlement Agreement") previously submitted and on file (ECF No. 53-1), shall be incorporated into this Judgment as though all terms therein are set forth in full. The capitalized terms in this Judgment shall have the meanings set forth in the Settlement Agreement.

2. Pursuant to the terms of the Settlement Agreement and the Order of this Court entered on February 27, 2017, the Court approves the payment of:

     a. Attorneys' fees in the sum of $112,000 and litigation expenses in the sum of $13,020.10 to Class Counsel, Bryan Schwartz Law.

     b. An incentive award in the sum of $5,000 each to Trevor Johnson and Samantha Harmon, and an award of $1,000 to Sarah Engle.

     c. Claims administration costs in the sum of $20,000.00 to the claims administrator, Rust Consulting.

3. All claims asserted in this Action by the Named Plaintiffs and the Plaintiff Class members shall be and hereby are DISMISSED WITH PREJUDICE. Except as set forth in the Settlement Agreement, each party is to bear his/her/its own attorneys' fees and costs. All Class Members in the California Class who did not timely opt out from the Settlement, and every person in the FLSA Class who consented to join the lawsuit by returning the FLSA Consent to Join form, are permanently enjoined from pursuing, or seeking to reopen, any of the Settled Claims, as defined in the Settlement Agreement.

4. Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

5. Without affecting the finality of the Judgment, the Court shall retain exclusive and continuing jurisdiction over the above-captioned Action and the Parties, including all Class Members, for purposes of supervising, administering, implementing, enforcing, and interpreting the Settlement Agreement and the Final Approval Order.

6. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 27, 2017

                              *Lucy H. Koh*
                              LUCY H. KOH
                              United States District Judge

2

Case No. 15-CV-05013-LHK
JUDGMENT AND DISMISSAL